No. 10-8421. Alfred Brian Mitchell, Petitioner v. Oklahoma.

562 U.S. 1293, 131 S. Ct. 1688, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2295.

March 21, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 235 P.3d 640.

No. 10-8428. Kenneth Evans, Petitioner v. John C. Marshall, Warden.

562 U.S. 1293, 131 S. Ct. 1688, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2285.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8429. Donald Lenneth Banks, Petitioner v. Florida.

562 U.S. 1293, 131 S. Ct. 1689, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2298.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 46 So. 3d 989.

No. 10-8430. Walter J. Bramage, Petitioner v. HSBC Bank Nevada, N.A.

562 U.S. 1293, 131 S. Ct. 1689, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2287, 

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, Third District, denied.

No. 10-8436. Marie Assa'ad-Faltas, Petitioner v. South Carolina.

562 U.S. 1293, 131 S. Ct. 1689, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2225.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

No. 10-8437. James Winding, Petitioner v. Mississippi.

562 U.S. 1293, 131 S. Ct. 1689, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2256.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

No. 10-8453. Jose Arnaut, Petitioner v. Gary Roden, Superintendent, Massachusetts Correctional Institution at Norfolk.

562 U.S. 1293, 131 S. Ct. 1690, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2370.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.